FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 02 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>KENNY WILLIAM RAMIREZ-JUAREZ, a.k.a. Jose Oscar Barrera, a.k.a. Alvaro Antonio Ramirez Juarez,<br><br>Defendant - Appellant. | No. 11-50184<br><br>D.C. No. 2:10-cr-01225-JHN<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Jacqueline H. Nguyen, District Judge, Presiding

Submitted June 26, 2012[**]

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Kenny William Ramirez-Juarez appeals from the 24-month sentence imposed following his guilty-plea conviction for conspiracy to harbor and conceal illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I). We dismiss.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Ramirez-Juarez contends that the district court violated his due process rights by imposing, based on uncorroborated and unreliable information, a two-level enhancement under U.S.S.G. § 2L1.1(b)(4) for smuggling or harboring an unaccompanied minor. We are precluded from reaching the merits of Ramirez-Juarez's claim by a valid appeal waiver. *See United States v. Nunez*, 223 F.3d 956, 958-59 (9th Cir. 2000).

**DISMISSED.**